[Civ. No. 13848. Second Dist., Div. Two. Sept. 23, 1942.]

CLARA ELIZABETH SCHOENE et al., Appellants, v. WALTER M. TIRRELL, Respondent.

John F. Poole and H. E. Gleason for Appellants.

W. I. Gilbert, Jr., for Respondent.

THE COURT.—Respondent having served and filed his motion to dismiss the appeal in the above entitled matter on the ground that appellants have failed to file a transcript as provided in the rules of the Judicial Council for the Supreme Court and District Courts of Appeal, supported by a certificate of the clerk of the superior court setting forth the facts as required by rule VI of this court, and it appearing that all of the grounds stated in the motion are supported by the said certificate and the authorities cited.

It is hereby ordered that the appeal from the judgment be, and the same hereby is, dismissed.

[Crim. No. 3609. Second Dist., Div. Two. Sept. 23, 1942.]

THE PEOPLE, Respondent, v. ORVAL L. WILSON et al., Defendants; CLAUDE C. MASON, Appellant.

Claude C. Mason in pro. per., for Appellant.

Earl Warren, Attorney General, for Respondent.

THE COURT.—June 8, 1942, the transcripts on appeal were filed in this court. Thereafter the cause was set for a hearing on September 23, 1942. On the latter date there was no appearance on behalf of appellant, either by brief or otherwise.

Therefore, pursuant to the provisions of section 1253 of the Penal Code, the judgment of the trial court hereby is affirmed.